JACK M. HAWKINS *et al.*, Plaintiffs-Appellants, *v.* THE COUNTY OF DU PAGE, Defendant-Appellee.

(No. 71-116;

Second District—March 7, 1972.

Peregrine, Stime & Henninger, of Wheaton, for appellant.

Wm. V. Hopf, State's Attorney, of Wheaton, (Philip M. Sullivan and Malcolm F. Smith, Assistant State's Attorney, of counsel,) for appellee.